# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## 19-105

**STATE OF LOUISIANA**

**VERSUS**

**JOSEPH JAMAAD LEDAY**

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 13239-16
HONORABLE RONALD F. WARE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*

## SYLVIA R. COOKS
## JUDGE
\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Shannon J. Gremillion, and Van H. Kyzar, Judges.

**REVERSED. REMANDED FOR A NEW TRIAL**.

**John F. Derosier, District Attorney**
**Brittany Bell-Chavis, Assistant District Attorney**
**Shelley A. Deville, Assistant District Attorney**
**901 Lakeshore Drive, Suite 800**
**Lake Charles, LA 70601**
**(337) 437-3400**
**COUNSEL FOR APPELLEE:**
     State of Louisiana

**Chad M. Ikerd**
**Louisiana Appellate Project**
**P.O. Box 2125**
**Lafayette, LA 70502**
**(225) 806-2930**
**COUNSEL FOR DEFENDANT/APPELLANT:**
     Joseph Jamaad Leday

**COOKS, J.**

The record in this case shows the jury was polled and returned a verdict of guilty by a vote of eleven to one.

The United States Supreme Court recently held non-unanimous jury verdicts unconstitutional. *Ramos v. Louisiana*, 2020 WL 1906545, 590 U.S. ___, ___ S.Ct. ___ (2020). (Slip Op.) The Supreme Court unambiguously determined that non-unanimous verdicts are not permissible under the Sixth Amendment to the Constitution and the prohibition applies to the states through the Fourteenth Amendment. (Slip Op. at p. 26; *see also* concurrences by Sotomayor, Kavanaugh and Thomas, JJ.).[1]

Further, the opinion recognizes, that its ruling applies to cases pending on direct review.[2] (Slip Op. at 22-23.) Justice Kavanaugh's concurrence states this explicitly. (Slip Op. at 15-17.) Such review is in keeping with this state's jurisprudence. *See*, *State v. Ruiz*, 06-1755 (La. 4/11/07), 955 So.2d 81. We therefore find the *Ramos* ruling is applicable and it requires that Defendant's conviction by a non-unanimous jury verdict be reversed. Accordingly, the case must be remanded for a new trial.

**REVERSED. REMANDED FOR A NEW TRIAL**.

---

[1] Each concurrence has its own sequence of page numbers.

[2] In light of the Supreme Court's instruction in *Ramos*, we need not address the State's contention that Defendant allegedly failed to file a contemporaneous objection or written pretrial motion on the issue that a non-unanimous verdict violates his constitutional right to due process. Such a review can be raised as an error patent.